SHARON PERKINS,

     Appellant,

v.

STATE OF FLORIDA,
DEPARTMENT OF
EDUCATION,

     Appellee.

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3416

_____/

Opinion filed May 1, 2015.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Marie A. Mattox, Tallahassee, for Appellant.

John S. Derr and Christopher Todd Owen of Quintairos, Prieto, Wood & Boyer, P.A., Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.

1